Louis Holger. Lawful Money. **12 USC §411**
dba LOUIS HOLGER EKLUND Inc. BOP #20309-006
CUSIP/AUTOTRIS #574369832
Medical Center For Federal Prisoners.
P.O. Box 4000
Springfield, Missouri.
          65801-4000


RECEIVED
DEC 06 2018
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## In The United States District Court
### For The District Of Alaska
### Article III 3:15-cv-00046

Louis Holger
Claimant/Plaintiff.

vs.

Beth Phillips,
Paige Wymore-Wynn.
AMERICAN BRITISH
ACCREDITED REGISTRY
ASSOCIATION INC.,
Defendants.

Notice And Claim For Equal Justice under the Law.

Attachments 1, 2, 3, 4, 5

Case no. 3:18-cv-00284-SLG

### Notice/Reservation Of Rights

    I reserve my right to not be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally. Furthermore; I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement.

    ALL rulings shall be made in the Best Interest of Justice. Any potential ruling made that is not made in the Best interest of Justice is repugnant to the Best Interest of Justice, the United States Constitution, the Alaska State Constitution, the laws of the State of Alaska, the laws of the Republic of Alaska, the laws of the United States, the Original 13 Colonies and the Respective Districts, international law, the United Nations Declaration of Human Rights, and Human Rights as well.

### Notice of Claims / Affidavit

    I, Inupiaq Prince Louis Holger, son of Inupiaq Princess Lottie Wanda, daughter of Inupiaq Princess Rose of the Koonook family nomen, daughter of Inupiaq Chief Ahtungowra of Tikigaq, operating in my official capacity as an **Article III United States Supreme Court Justice**, in this **Article III United States Supreme Court of Record**, state the following: **I AM** a bona fide prince of the Tikigaq Tribe. Tikigaq Tribe is the oldest living civilization on Planet Earth Today. My people have lived on, and inhabited the

page 1 of 7

same plot of land for over 4,000 years. My mother, Inupiaq Princess Lottie Wanda's grandfather, my great grandfather, Inupiaq Chief Ahtungowra was the last chief of record prior to the commencement of routine and systematic theft of our culture, lands, and natural resources, in the early and mid 1900's thru present times.

In pertinance to this lawsuit, **I AM** citing **United States Constitution** as the supreme law, and authority. I cite the **United States Constatution** as a **People of the United States. I AM** citing specific titles, chapters, and subsections of the **UNITED STATES CODE** as a secondary source of authority for the purpose of describing, and naming the various crimes committed by **AMERICAN BRITISH ACCREDITED REGISTRY ASSOCIATION Inc.**, attorney falsely impersonating a public servant in the form of a "United States District Court Judge" **Beth Phillips,** and her **corrupted "clerk of court" Paige Wymore-Wynn.**

This lawsuit will commence in the following manner: I will cite the Article, section, clause, and or amendment to the **United States Constitution** that **I AM** using as the authority, and a brief description below it of exactly what the authority is, and exactly how it is to be used.

I will cite the specific title, chapter, and subsection of the **UNITED STATES CODE** that **I AM** using as my secondary source of authority, as well as a brief description below it explaining how each named defendant has violated the law, in their routine and systematic commission of their crimes against humanity.

## United States Constitution

**Article III. Judicial Power**
**Section 1. Supreme Court and inferior courts—judges and compensation.**
The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the congress may from time to time ordain and establish. The judges, both of the Supreme Court and inferior courts, **shall hold their offices during good behavior**, and shall, at stated times, recieve for their services, a compensation which shall not be diminished during their continuance in office.

**Section 2.**
**Clause 1. Subjects of jurisdiction.**
The judicial power shall extend to all cases, in law and equity, arising under this constitution, the laws of the United States, treaties made, or which shall be made, under their authority;......

**Clause 2. Jurisdiction of Supreme Court.**
In all cases affecting ambassadors, and other public ministers and consuls, and those in which a State shall be a party, the Supreme Court Shall have original jurisdiction.

**Clause 3. Trial by jury.**
The trial of all crimes, except in cases of impeachment, shall be by jury;...

**Article III. Section 1.** is the authority that **I AM** using as my evidence that the judicial power of the United States shall be vested in one Supreme Court. **I AM** citing the United States Supreme Court as the judicial power of this lawsuit. It also explains that the judges, both of the Supreme and inferior courts shall hold their offices during good behavior. **I AM** citing this as the authority that **I AM** using to prove beyond any reasonable doubt that **Beth Phillips** was instantly removed from office from the date that **I AM** able to prove beyond any reasonable doubt, with evidence filed onto the United States Public Record (where it will never go away, and will remain available for public review at any such time that the public desires to review it) that **AMERICAN BRITISH**

<u>ACCREDITED REGISTRY ASSOCIATION Inc., attorney Beth Phillips</u>, falsely impersonating a public servant, in the form of a "United States District Court Judge" was using her office to commit <u>crimes against humanity, and waring upon the United States Constitution.</u>

**Article III. Section 2. Clause 1.** explains that the judicial power shall extend to all cases, in law and equity, arising under the **United States Constitution**, and the laws of the United States. Again, I AM citing this as the authority used used to bring this lawsuit under the authority of the <u>United States Supreme Court.</u>

**Article III. Clause 2.** explains that the <u>United States Supreme Court</u> shall have original jurisdiction in all cases affecting public ministers. I AM filing this lawsuit, operating in my official capacity as a bona fide, elected not appointed, <u>Article III United States Supreme Court Justice,</u> and the <u>United States Supreme Court</u> has original jurisdiction over this case.

**Article III. Clause 3.** is the authority that I AM using to peacefully demand a jury trial in pertinance to this lawsuit, for the crimes committed, listed herein.

Article VI. Miscellaneous Provisions

**Article VI. Miscellaneous Provisions**

**Clause 2. Supreme Law.**

this Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be boundthereby, anything in the Constitution or laws of any state to the contrary not with standing.

I AM citing **Article VI. Clause 2.** as the authority proving that the <u>United States Constitution</u> is the supreme law of the land.

**Amendment 8. Bail Punishment.**

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

**Amendment 8.** explains that cruel and unusual punishments shall not be inflicted. I A I AM citing Amendment 8 as a source of authority proving that cruel and unusual punishment is not alowed.

**Attachment 1** is a document, authored by me, titled;
"**Objection to AMERICAN BRITISH ACCREDITED REGISTRY ACCREDITED REGISTRY ASSOCIATION Inc., Attorney Falsely Impersonating a United States District Court Judge, Beth Phillips, 100% Compleetly Bogus And Fraudulent 'ORDER GRANTING PLAINTIFF PROVISIONAL LEAVE TO PROCEED IN FORMA PAUPERIS AND DIRECTING PLAINTIFF TO CORRECT TECHNICAL DEFECTS IN COMPLAINT OR FACE DISMISSAL OF THIS ACTION'**"

**Notice of Joinder To Genocide, War Crimes, Crimes Against Humanity, Kidnapping, Child Human Trafficking, Child Human Sex Trafficking, Human Sex Trafficking, Violent Pedophilia, Violent Child Molestations, Violent Child Abuse And Violent Rapes Being Perpetrated Upon Innocent Women And Children, Lawfully Joining Beth Phillips As An Open, Willing, Voluntary and Seemingly Eager Conspirator.**

Notice, And Lawful Instruction In The Best Interest Of Justice
Interest Of Justice To Clerk Of Court Paige
Wymore-Wynn To Proceed Pursuant With TITLE 28 USC
PART V CHAPTER 113 §1691 And TITLE 1 USC CHAPTER
2 §114, Or Be Subjected To The Joinder Above As Well As
Additional Criminal Liabilities For Violating
TITLE 18 USC PART 1 CHAPTER 101 §2076"

Attachment 2 consists of two documents, one is titled "ORDER" and the other is titled ".JUDGEMENT IN A CIVIL CASE" Both documents are unlawful, fraudulent, 100% compleetly bogus, null, void and moot, for the following (not limited to) reasons:

1) Both documents are not issued pursuant with:
TITLE 28 UNITED STATES CODE. JUDICIARY AND JUDICIAL PROCEDURE. PART V. PROCEDURE. CHAPTER 113. PROCESS. §1691 Seal and teste of process.
All writs and process issuing from a court of the United States shall be under the seal of the court and signed by the clerk thereof.

TITLE 1 UNITED STATES CODE. GENERAL PROVISIONS. CHAPTER 2. ACTS AND RESOLUTIONS; FORMALIT FORMALITIES OF ENACTMENT; REPEALS; SEALING OF INSTRUMENTS. §114 Sealing of instruments.
In all cases where a seal is necessary by law to any commission, process, or other instrument provided for by the laws of congress, it shall be lawful to affix the proper seal by making an impression therewith directly on the paper to which such seal is necessary; which shall be as valid as if made on wax or other adhesive substance.

The This lawsuit was filed into the United States District Court for The Western District Of Missouri Southern Division, and it is an identical copy of the lawsuit filed into the United States District Court For The District Of Alaska, case no 3:18-cv-00241 case name Holger v. UNITED STATES OF AMERICA Inc., on October 10, 2018 (**note** – another identical copy of this lawsuit has been sent to the United States District Court For The District Of Columbia as well). **Attachment 2** is lacking both the seals, and signatures required pursuant with **28 USC §1691**, and **1 USC §114** cited above.

2) Beth Phillips document titled "ORDER" (attachment 2) was written in criminal violation of:
**TITLE 18 UNITED STATES CODE. CHAPTER 47. FRAUD AND FALSE STATEMENTS. §10012Statements or enteries generally.**
(a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—
    (1) falsifies, conceals, or covers up by any trick, scheme or devise a material fact;
    (2) makes any materially false, fictitious, or fraudulent statement or representation; or
    (3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;......

**TITLE 18 UNITED STATES CODE. CHAPTER 47. FRAUD AND FALSE STATEMENTS. §1002 Posession of false papers to defraud the United States.**
Whoever, knowingly and with the intent to defraud the United States, or any agency thereof, posesses any false, altered, forged, or counterfeited writing or document for the purpose of enabling another to obtain from the United States, or from any agency, officer or agent thereof, any sum of money, shall be fined under this title or imprisoned not more than five years, or both.

page 4 of 7

**AMERICAN BRITISH ACCREDITED REGISTRY ASSOCIATION Inc., attorney Beth Phillips** document, at attachment 2, titled **"ORDER"** falsely claims that the case name is **"LOUIS HOLGER EKLUND v. UNITED STATES, et al"** This is false. Beth Phillips had the case name altered. It should properly read "Louis Holger v. UNITED STATES OF AMERICA Inc." **I did not file the lawsuit as "LOUIS HOLGER EKLUND".** In addition **AMERICAN BRITISH ACCREDITED REGISTRY ASSOCIATION Inc., attorney Beth Phillips** falsely claims that "This prisoner pro se matter was filed by Plaintiff Louis Holger Eklund....." Again this is false. My name (True Name) is Louis Holger. I filed the lawsuit, as I filed all of my lawsuits as Louis Holger. This is my name. **I AM** Louis Holger, a live man on the land, and a **People of the United States. I AM** not the corporate trust LOUIS HOLGER EKLUND Inc., CUSIP/AUTOTRIS# 574369832. In addition; **AMERICAN BRITISH ACCREDITED REGISTRY ASSOCIATION Inc., attorney Beth Phillips** falsely claims that my document, attachment 1, is titled "Maxims of Law Blacks Dictionary Tenth Edition" and additionally falsely claims that my document, attachment 1, is "largely incoherent".

**AMERICAN BRITISH ACCREDITED REGISTRY ASSOCIATION Inc., attorney Beth Phillips** is a fraud. She is an imposter. She is falsely impersonating a United States District Court Judge, in criminal violation of:
**TITLE 18 UNITED STATES CODE. CHAPTER 43. FALSE PERSONATION. §912. Officer or employee of the United States.**
Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or office thereof, and acts as such, or in such pretended character demands or obtains any money, paper, document, or thing of value, shall be fined under this title or imprisoned not more than three years, or both.

**AMERICAN BRITISH ACCREDITED REGISTRY ASSOCIATION Inc., attorney Beth Phillips** is openly, willingly, voluntarilly, and seemingly eagerly waring upon the **United States Constitution**, and the **Laws of the United States**. A simple review of the public record will prove this to be true, beyond any reasonable doubt.

**TITLE 18 UNITED STATES CODE. PART 1. CRIMES. CHAPTER 101. RECORDS AND REPORTS. §2076. Clerk of the United States District Court.**
Whoever, being a clerk of a district court of the United States, willfully refuses, or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.
  On page 4 of 6, in attachment 1 operating in my official capacity as a <u>**bona fide Article III United States Supreme Court Justice**</u> gave clerk of court, **Paige Wymore-Wynn** a Lawful Instruction in the Best Interest of Justice to serve all named defendants with a copy of the initial complaint, and summonses, affixed with the proper seals, and signatures, pursuant with **FRCP Rule 4(c)(3), 28 USC §1691, 1 USC §114**, and I informed clerk of court, **Paige Wymore-Wynn** that her failure to do so subjected her to criminal liability for violation of **18 USC §2076**, cited above.

**Federal Rules of Civil Procedure. Title II Commencing an action; Service of process, pleadings, motions, orders. Rule 4. Summons.**
                                  Rule 4. Summons
**(c) Service.**
   **(3) By a Marshal or someone specially appointed.** At the plaintiff's request, the court may order that service be made by a United States Marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under **28 USC §1915** or as a seaman under **28 USC §1916**

I now envoke this right, and request the Court to serve process on the Defendents pursuant with FRCP Rule 4(c)(3). (LH)

                          page 5 of 7 (LH)

Case 3:18-cv-00284-SLG   Document 1   Filed 12/06/18   Page 5 of 7

Beth Phillips ia an **AMERICAN BRITISH ACCREDITED REGISTRY ASSOCIATION Inc.**, attorney. The **AMERICAN BRITISH ACCREDITED REGISTRY ASSOCIATION Inc** is a/k/a the **American BAR Association**. For the purpose of public awareness I will now provide proof, beyond any reasonable doubt, as to the exact meaning of "**BRITISH ACCREDITED REGISTRY ASSOCIATION**"

### Black's Law Dictionary. Tenth Edition.

**accredited** --
Of a governmental or diplomatic official approved to act as an official representative for one's home country while serving in a foreign country.

**association** --
A gathering of people for a common purpose; the persons so joined.

**registry** --
A place where information used by an organization is kept, esp the official records and lists;...

Based upon the above legal deffinitions, from Black's Law Dictionary, Tenth Edition, all **AMERICAN BRITISH ACCREDITED REGISTRY ASSOCIATION Inc.**, attornies are British diplomatic officials, reprosenting Great Britain, serving here in our nation, gathering for their common purpose, and depositing their written records into their registry. **THEY ARE NOT JUDGES!! They ARE FOREIGN OFFICIALS**

### Demand for Redress of Grievance

I, Louis Holger demand the immediate resignation / termination of employment contract of both **Beth Phillips**, and **Paige Wymore-Wynn**. I additionally demand that the appropriate authority / law enforcement agency immediately investigate **Beth Phillips**, and **Paige Wymore-Wynn** for their waring upon the **United States Constitution** and the **Laws of the United States**. I additionally demand that this investigation research the entirety of the written record created by **AMERICAN BRITISH ACCREDITED REGISTRY ASSOCIATION Inc.**, attorney **Beth Phillips** and **Paige Wymore-Wynn**. I additionally demand that **AMERICAN BRITISH ACCREDITED REGISTRY ASSOCIATION Inc.**, attorney **Beth Phillips** be immediately taken into custody, in order to protect the health and safety of the **People of the United States**. I additionally demand **$500,001.00** (five hundred thousand and one dollars) from **Beth Phillips** and **$500,001.00** (five hundred thousand and one dollars) from **Paige Wymore-Wynn** redeemed in lawful money pursuant with **12 USC §411**.

### Notice.

**Attachment 3** consists of **AMERICAN BRITISH ACCREDITED REGISTRY ASSOCIATION Inc.**, attorney **Beth Phillips'** 100% compleetly bogus, and fraudulent "**ORDER GRANTING PLAINTIFF PROVISIONAL LEAVE TO PROCEED IN FORMA PAUPERIS AND DIRECTING PLAINTIFF TO CORRECT TECHNICAL DEFECTS IN COMPLAINT OR FACE DISMISSAL OF THIS ACTION**"
**Attachment 4** consists of the **Unanimous Declaration of Independence**.
**Attachment 5** consists of the **United Nation's Universal Declaration of Human Rights**

**TITLE 25 UNITED STATES CODE. INDIANS. CHAPTER 5. PROTECTION OF INDIANS. §175 United States Attorneys to represent Indians.**
In all States and Territories where there are reservations or allotted Indians the United States District Attorney (United States Attorney) shall represent them in all suits at law and in equity.

I. Louis Holger, being a member of the federally recognised tribe Native village

page 6 of 7

Case 3:18-cv-00284-SLG   Document 1   Filed 12/06/18   Page 6 of 7

of Kotzebue, and a registered shareholder of the NANA REGIONAL CORPORATION Inc., now invoke this right, and peacefully demand to be represented by a United States Attorney pursuant with **25 USC §175**.

Louis Holger　　　　Nov 26, 2018
Louis Holger　　　　　　Date
Article III United States
Supreme Court Justice
-Galactic Federation of Light.



Left thumb

Self Notary w/ left thumb print.

Notice-

In Attachment 1, on Page 5 of 6, Paragraph 2 I instructed "Clerk of Court" <u>Paige Wymore-Wynn</u> to provide me with a copy of the filing at Document #4, as well as I provided a self addressed, stamped envelope to mail me Document #4 at my expense. <u>Paige Wymore-Wynn</u> failed to send me a copy of Document 4, and to this day I have not recieved that filing. This is an 4th aditional violation of 18 USC § 2076 committed by <u>Paige Wymore-Wynn</u>

Page 7 of 7